**AFFIDAVIT OF SERVICE**     Index # 08 Civ. 3865 (PAC)

**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK COUNTY**

Date Purchased: **April 24, 2008**
Date Filed: _____
Court Date: _____

ATTORNEY(S): Tomoko Onozawa AUSA : U.S. Attorney's Office - SDNY    PH: 212-637-2721
ADDRESS: 86 Chambers Street New York N.Y. 10007   File No.:

**UNITED STATES OF AMERICA,**
vs.                               *Plaintiff(s)/Petitioner(s)*
**JOHN R. LIEGEY, et al.,**

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NASSAU     SS.:

_____HARRY TORRES_____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On _May 5, 2008_ at _1:16 PM_ at _POB WESTON GROUP: 150 E. 58TH STREET 15TH FL NEW YORK, NY 10155_, deponent served the within **Summons In A Civil Case, Complaint, Civil Cover Sheet, Judge's Rules, Instructions For Filing an Electronic Case or Appeal and Procedures and Guidelines For Electronic Case Filing,** with Index Number _08 Civ. 3865 (PAC) (DFE)_, and Date Purchased _April 24, 2008_ endorsed thereon,

on: **JOHN R. LIEGEY**, **Defendant** therein named.

#1 INDIVIDUAL [ ]   By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORPORATION [ ]   By delivering to and leaving with _____ and that deponent knew the person so served to be Managing Agent of the corporation, and authorized to accept service on behalf of the corporation.

*Service was made in the following manner after your deponent was unable, with due diligence, to serve the witness/defendant in person, and an attempt to locate the defendant's place of employment.*

#3 SUITABLE AGE PERSON [X]   By delivering a true copy of each to _DERRICK STEINER - COWORKER_ a person of suitable age and discretion. Said premises is recipient's [X] actual place of business [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR [ ]   By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

#5 MAIL COPY [X]   On _May 6, 2008_, deponent completed service under the last two sections by depositing a copy of the _Above Documents_ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. Certified Mail No. _____

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on the ____ day of _____ at ____
on the ____ day of _____ at ____
on the ____ day of _____ at ____
on the ____ day of _____ at ____

#6 NON-SRVC [ ]   After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] Other: _____

#7 DESCRIPTION [X] (use with #1, 2 or 3)   A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex _Male_   Color of skin _White_   Color of hair _Black_   Age _21 - 35 Yrs._   Height _5' 9" - 6' 0"_
Weight _161 - 200 Lbs._   Other Features: _____

#8 WIT. FEES [ ]   the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#9 MILITARYSRVC [X]   Deponent asked person spoken to whether the defendant was presently in military service of the United States Government or of the State of New York and was informed that defendant was not.

#10 OTHER [ ]

Sworn to before me on this _7_ day of _May, 2008_

BARBARA A. SHURGIN
NOTARY PUBLIC, State of New York
No. 30-5004737, Qualified in Nassau County
Commission Expires November 23, 2010

HARRY TORRES
Server's Lic # 0915257
Invoice•Work Order # 0817294

CAPITAL PROCESS SERVERS, INC. 265 POST AVENUE SUITE 150, WESTBURY, NY 11590 - TEL 516-333-6380 • FAX 516-333-6382