**AFFIDAVIT OF SERVICE**

Index # 08 Civ. 3865 (PAC)
Date Purchased: April 24, 2008
Date Filed: _____
Court Date: _____

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
COUNTY

ATTORNEY(S): Tomoko Onozawa AUSA : U.S. Attorney's Office - SDNY    PH: 212-637-2721
ADDRESS: 86 Chambers Street  New York  N.Y.  10007     File No.:

**UNITED STATES OF AMERICA,**
vs.
**JOHN R. LIEGEY, et al.,**

*Plaintiff(s)/Petitioner(s)*

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NASSAU     SS.:

_____HARRY TORRES_____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On  April 29, 2008  at  12:10 PM  at  116 John Street Suite 1700  New York, New York 10038 , deponent served the within **Summons In A Civil Case, Complaint, Civil Cover Sheet, Judge's Rules, Instructions For Filing an Electronic Case or Appeal and Procedures and Guidelines For Electronic Case Filing,** with Index Number  08 Civ. 3865 (PAC) (DFE) , and Date Purchased  April 24, 2008  endorsed thereon,

on: **115-87 Owners' Corporation c/o Key Real Estate Associates, LLC** , __Defendant__  therein named.

#1 INDIVIDUAL   By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person
[ ]             described as said person therein.

#2 CORPORATION  By delivering to and leaving with  __D. FRASIER - RECEPTIONIST__  and that deponent knew the person
[X]             so served to be Managing Agent of the corporation, and authorized to accept service on behalf of the corporation.

*Service was made in the following manner after your deponent was unable, with due diligence, to serve the witness/defendant in person, and an attempt to locate the defendant's place of employment.*

#3 SUITABLE     By delivering a true copy of each to _____ a person of suitable age and discretion.
AGE PERSON      Said premises is recipient's  [ ] actual place of business   [ ] dwelling house (usual place of abode) within the state.
[ ]

#4 AFFIXING     By affixing a true copy of each to the door of said premises, which is recipient's:   [ ] actual place of business
TO DOOR         [ ] dwelling house (place of abode) within the state.
[ ]

#5 MAIL COPY    On _____, deponent completed service under the last two sections by depositing a copy of the
[ ]             _____ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. Certified Mail No. _____
                Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called
                thereat on the _____ day of _____ at _____
                on the _____ day of _____ at _____
                on the _____ day of _____ at _____
                on the _____ day of _____ at _____

#6 NON-SRVC     After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity
[ ]             being served because of the following:  [ ] Unknown at Address   [ ] Evading   [ ] Moved left no forwarding
                [ ] Address does not exist    [ ] Other: _____

#7 DESCRIPTION  A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
[X]             Sex  Female     Color of skin  Black     Color of hair  Black     Age  36 - 50 Yrs.    Height  5' 4" - 5' 8"
(use with #1, 2 or 3)  Weight  131 - 160 Lbs.    Other Features: _____

#8 WIT. FEES    the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.
[ ]

#9 MILITARY SRVC  Deponent asked person spoken to whether the defendant was presently in military service of the United States Government or of the
[ ]               State of New York and was informed that defendant was not.

#10 OTHER
[ ]

Sworn to before me on this  30  day of  April, 2008

_____
BARBARA A. SHURGIN
NOTARY PUBLIC, State of New York
No. 30-5004737, Qualified in Nassau County
Commission Expires November 23, 2010

_____
HARRY TORRES
Server's Lic #  0915257
Invoice•Work Order #  0817295

CAPITAL PROCESS SERVERS, INC. 265 POST AVENUE SUITE 150, WESTBURY, NY 11590 -TEL 516-333-6380 • FAX 516-333-6382