**AFFIDAVIT OF SERVICE** Index # 08 Civ. 3865 (PAC)
Date Purchased: April 24, 2008
Date Filed: _____
Court Date: _____

**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**
**COUNTY**

ATTORNEY(S): Tomoko Onozawa AUSA : U.S. Attorney's Office - SDNY    PH: 212-637-2721
ADDRESS: 86 Chambers Street New York N.Y. 10007   File No.:

**UNITED STATES OF AMERICA,**
vs.
**JOHN R. LIEGEY, et al.,**

_Plaintiff(s)/Petitioner(s)_

_Defendant(s)/Respondent(s)_

STATE OF NEW YORK, COUNTY OF NASSAU     SS.:

_____HARRY TORRES_____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On ___April 29, 2008___ at ___12:35 PM___ at ___100 Church Street 4th Floor New York, New York 10007___, deponent served the within **Summons In A Civil Case, Complaint, Civil Cover Sheet, Judge's Rules, Instructions For Filing an Electronic Case or Appeal and Procedures and Guidelines For Electronic Case Filing,** with Index Number ___08 Civ. 3865 (PAC) (DFE)___, and Date Purchased ___April 24, 2008___ endorsed thereon,
on: **New York City Department of Finance**, **Defendant** therein named.

#1 INDIVIDUAL  [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORPORATION [X] By delivering to and leaving with ___AMANDA GONZALEZ - DOCKETING CLERK___ and that deponent knew the person so served to be Managing Agent of the corporation, and authorized to accept service on behalf of the corporation.

_Service was made in the following manner after your deponent was unable, with due diligence, to serve the witness/defendant in person, and an attempt to locate the defendant's place of employment._

#3 SUITABLE AGE PERSON [ ] By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR [ ] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

#5 MAIL COPY [ ] On _____, deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. Certified Mail No. _____.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called
thereat on the ____ day of _____ at ____
on the ____ day of _____ at ____
on the ____ day of _____ at ____
on the ____ day of _____ at ____

#6 NON-SRVC [ ] After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address   [ ] Evading   [ ] Moved left no forwarding [ ] Address does not exist   [ ] Other: _____

#7 DESCRIPTION [X] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3) Sex _Female_  Color of skin _Tan_  Color of hair _Black_  Age _21 - 35 Yrs._  Height _5' 4" - 5' 8"_
Weight _100 - 130 Lbs._  Other Features: _Glasses_

#8 WIT FEES [ ] the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#9 MILITARYSRVC [ ] Deponent asked person spoken to whether the defendant was presently in military service of the United States Government or of the State of New York and was informed that defendant was not.

#10 OTHER [ ]

Sworn to before me on this ___30___ day of ___April, 2008___

BARBARA A. SHURGIN
NOTARY PUBLIC, State of New York
No. 30-5004737, Qualified in Nassau County
Commission Expires November 23, 2010

HARRY TORRES
Server's Lic # 0915257
Invoice•Work Order # 0817297

CAPITAL PROCESS SERVERS, INC. 265 POST AVENUE SUITE 150, WESTBURY, NY 11590 - TEL 516-333-6380 • FAX 516-333-6382