**AFFIDAVIT OF SERVICE**

Index #: __08 Civ. 3865 (PAC)__
Date Purchased: __April 24, 2008__
Date Filed: _____
Court Date: _____

**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**
**COUNTY**

ATTORNEY(S): Tomoko Onozawa AUSA : U.S. Attorney's Office - SDNY    PH: 212-637-2721
ADDRESS: 86 Chambers Street  New York N.Y. 10007    File No.:

*UNITED STATES OF AMERICA,*
vs.
*JOHN R. LIEGEY, et al.,*

*Plaintiff(s)/Petitioner(s)*

*Defendant(s)/Respondent(s)*

STATE OF __New York__, COUNTY OF __Albany__ SS.:

__Stephen Coller__, being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age. On __May 6 2008__ at __2:10 pm__
at __Building 9, W.A. Harriman Campus, Albany, New York 12227__, deponent served the within
__Summons In A Civil Case, Complaint, Civil Cover Sheet, Judge's Rules, Instructions For Filing an Electronic Case or Appeal and procedures and guidelines for electronic case filing__
with Index Number __08 Civ. 3865 (PAC) (DFE)__, and Date Purchased __April 24, 2008__ endorsed thereon,
on: __New York State Department of Taxation and Finance__, __Defendant__ therein named.

**#1 INDIVIDUAL** ☐ By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** ☑ By delivering to and leaving with __Amanda Morris, Clerk__ and that deponent knew the person so served to be Managing Agent of the corporation, and authorized to accept service on behalf of the corporation.

*Service was made in the following manner after your deponent was unable, with due diligence, to serve the witness/defendant in person, and an attempt to locate the defendant's place of employment.*

**#3 SUITABLE AGE PERSON** ☐ By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** ☐ By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

**#5 MAIL COPY** ☐ On _____, deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of _____ Certified Mail No. _____

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called
thereat on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

**#6 NON-SRVC** ☐ After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] Other: _____

**#7 DESCRIPTION** ☑ A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3) Sex __Female__ Color of skin __White__ Color of hair __Brown__ Age __25__ Height __5'5__
Weight __95__ Other Features: _____

**#8 WIT. FEES** ☐ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#9 MILITARY SRVC** ☐ Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of _____ and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

**#10 OTHER** ☐ _____

Sworn to before me on this __7th__ day of __May 2008__

X __Marcy A O'Hare__
Notary Public, State of New York
No. 4865530
Qualified in Albany County
Commission Expires __7/14/2010__

X Notary

X Process Server __Stephen Coller__
Please Print Name Below Signature

Invoice•Work Order # 0817298

*CAPITAL PROCESS SERVERS, INC. 265 POST AVENUE SUITE 150, WESTBURY, NY 11590 -TEL 516-333-6380 • FAX 516-333-6382*