UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,                        :
                                                 :
                              Plaintiff,         :
                                                 :
              v.                                 :
                                                 :   ECF Case
JOHN R. LIEGEY, 115-87 OWNERS'                   :
CORPORATION, SELECT PORTFOLIO                    :   08 Civ. 3865 (PAC)
SERVICING, INC., NEW YORK STATE                  :
DEPARTMENT OF TAXATION AND FINANCE,  :
NEW YORK CITY DEPARTMENT OF FINANCE, :
and JOHN DOES  1-10,                             :
                              Defendants.        :
                                                 :
-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, TOMOKO ONOZAWA, Assistant United States Attorney for the Southern District of

New York, hereby certify that, pursuant to Fed. R. Civ. P. 5(b)(2)(C), on May 15, 2008, I caused

a copy of the AMENDED COMPLAINT to be served by Certified Mail, delivery charges pre-

paid, on the following:

> John R. Liegey
> Weston Group
> 150 East 58th Street, 15th Floor
> New York, New York 10155

> 115-87 Owners' Corporation
> c/o Key Real Estate Associates, LLC
> 116 John Street, Suite 1700
> New York, New York 10038

> New York City Department of Finance
> 100 Church Street, 4th Floor
> New York, New York 10007

New York State Department of Taxation and Finance
Building 9
W.A. Harriman Campus
Albany, New York 12227

Dated:    New York, New York
          May 15, 2008

                              _____
                                          /s/
                              TOMOKO ONOZAWA