John L. Overland, Jr.
WAGNER DAVIS P.C.
99 Madison Avenue, 11th Floor
New York, New York 10016
Telephone: (212) 481-9600
Facsimile: (212) 481-8245
E-mail: jloverland@wagnerdavis.com
*Attorneys for 115-87 Owners' Corp.*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 0 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                       Plaintiff,

              v.

JOHN R. LIEGEY, 115-87 OWNERS'
CORPORATION, SELECT PORTFOLIO
SERVICING, INC., NEW YORK STATE
DEPARTMENT OF TAXATION AND FINANCE,
NEW YORK CITY DEPARTMENT OF FINANCE,
and JOHN DOES 1 – 10,

                       Defendants.
------------------------------------------------------------X

**STIPULATION**

08 CIV. 3865 (PAC)

     IT IS HEREBY STIPULATED AND AGREED TO by and between the undersigned as follows:

     1.    By application through counsel of the UNITED STATES OF AMERICA and 115-87 OWNERS' CORP., sued herein as 115-87 OWNERS' CORPORATION, the time for 115-87 Owners' Corp. to answer, move or otherwise appear is extended to June 17, 2008, or at such other date and time as the Court may direct.

     2.    This Stipulation may be signed in counterparts and a facsimile copy may be used as an original.

Dated: New York, New York
June 6, 2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
*Attorney for the United States of America*
86 Chambers Street, Third Floor
New York, New York 10007

By: _____
TOMOKO ONOZAWA
Assistant United States Attorney

WAGNER DAVIS P.C.
*Attorneys for 115-87 Owners' Corp.*
99 Madison Avenue,
11th Floor
New York, New York 10016

By: _____
JOHN L. OVERLAND, JR.

SO ORDERED: JUN 10 2008

_____
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE