# AFFIDAVIT OF SERVICE

Index # 08 Civ. 3865 (PAC)
Date Purchased: **May 14, 2008**
Date Filed: _____
Court Date: _____

**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**
**COUNTY**

ATTORNEY(S): Tomoko Onozawa AUSA : U.S. Attorney's Office - SDNY   PH: 212-637-2721
ADDRESS: 86 Chambers Street  New York  N.Y.  10007    File No.:

*UNITED STATES OF AMERICA,*
vs.
*JOHN R. LIEGEY, et al.,*

*Plaintiff(s)/Petitioner(s)*

*Defendant(s)/Respondent(s)*

STATE OF __Utah__, COUNTY OF __Salt Lake__ SS.:
__Josh Eldridge__, being duly sworn deposes and says:
Deponent is not a party herein, is over 18 years of age. On __5/27/08__ at __12:11 PM__
at __3815 South West Temple  Salt Lake City Utah 84115-4412__, deponent served the within

__Civil Cover Sheet, Summons In A Civil Case, Amended Complaint, Judge's Rules, and Instructions, Procedures and__

with Index Number __08 Civ. 3865 (PAC)(DFE)__, and Date Purchased __May 14, 2008__ endorsed thereon,
on: **Select Portfolio Servicing, Inc.**, __Defendant__ therein named.

**#1 INDIVIDUAL** [ ]  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** [X]  By delivering to and leaving with __NATHAN GREEN, Manager__ and that deponent knew the person so served to be Managing Agent of the corporation, and authorized to accept service on behalf of the corporation.

*Service was made in the following manner after your deponent was unable, with due diligence, to serve the witness/defendant in person, and an attempt to locate the defendant's place of employment.*

**#3 SUITABLE AGE PERSON** [ ]  By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [ ]  By affixing a true copy of each to the door of said premises, which is recipient's:  [ ] actual place of business  [ ] dwelling house (place of abode) within the state.

**#5 MAIL COPY** [ ]  On _____, deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of _____  Certified Mail No. _____

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called
thereat on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

**#6 NON-SRVC** [ ]  After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following:  [ ] Unknown at Address  [ ] Evading  [ ] Moved left no forwarding  [ ] Address does not exist  [ ] Other: _____

**#7 DESCRIPTION** [X] (use with #1, 2 or 3)  A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex __Male__   Color of skin __White__   Color of hair __Brown__   Age __32__   Height __6'2"__   Weight __160__   Other Features: _____

**#8 WIT. FEES** [ ]  the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#9 MILITARY SRVC** [ ]  Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of _____ and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

**#10 OTHER** [ ]  _____

Sworn to before me on this __30__ day of __May 2008__

x __Susan P. Evans__
Notary

Process Server

Please Print Name Below Signature
__JOSH ELDRIDGE__

SUSAN P. EVANS
NOTARY PUBLIC • STATE of UTAH
159 West Center Street
Midvale, UT 84047
MY COMMISSION EXPIRES 07/05/2011

CAPITAL PROCESS SERVERS, INC. 263 POST AVENUE SUITE 150, WESTBURY, NY 11590 -TEL 516-333-6380 • FAX 516-333-6382

Invoice•Work Order # 0820970