USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 18 2008

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | ECF Case |
| Plaintiff, | : | Civil Action No. CV 08-3865 (PAC) |
| v. | : | |
| JOHN R. LIEGEY, 115-87 OWNERS' CORPORATION, SELECT PORTFOLIO SERVICING, INC., NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE, NEW YORK CITY DEPARTMENT OF FINANCE, and JOHN DOES 1-10. | : | STIPULATION EXTENDING TIME TO ANSWER |
| Defendants. | : | |

It is hereby stipulated by and between the parties, through their respective counsel, that the defendant SELECT PORTFOLIO SERVICING, INC [sic] have until June 27, 2008 to answer or otherwise respond to plaintiff's Complaint.

This stipulation may be signed in counterparts and a facsimile copy may be used as an original.

Dated: White Plains, New York
       June 13, 2008

_____                    _____
Geraldine A. Cheverko, Esq.                  Michael J. Garcia, Esq.
ECKERT SEAMANS CHERIN &                      Brian Feldman, Esq.
   MELLOTT, LLC                              United States Attorney for the
*Attorneys for Defendant, Credit Suisse*     Southern District of New York
*Financial Corp. and Select Portfolio Services*  *Attorneys for the United State of America*
Ten Bank Street, Suite 1061                  86 Chambers Street, Third Floor
White Plains, New York 10606                 (212)637-2777
(914) 949-2909                               (212) 637-2717 FAX
(914) 949-5424

                                             JUN 1 8 2008
                                             SO ORDERED
                                             _____
                                             Hon. Paula A. Crotty
                                             United States District Judge

{V0009052.1}

TOTAL P.01