IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | ECF Case |
| | : | |
| Plaintiff, | : | Civil Action No. |
| | : | CV 08-3865 |
| | : | (PAC) |
| v. | : | |
| | : | |
| JOHN R. LIEGEY, 115-87 OWNERS' CORPORATION, SELECT PORTFOLIO SERVICING, INC., NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE, NEW YORK CITY DEPARTMENT OF FINANCE, and JOHN DOES 1-10. | : | |
| | | |
| Defendants. | | |
| | : | |

## NOTICE OF APPEARANCE

Geraldine A. Cheverko, Esq., of ECKERT SEAMANS CHERIN & MELLOTT, LLC, hereby enters an appearance on behalf of SELECT PORTFOLIO SERVICING, INC. as servicing agent and power of attorney for U.S. Bank National Association, as trustee, on behalf of the holders of the CSFB Mortgage Pass-Through Certificates, Series 2004-CF2, in the above referenced action.

Dated: White Plains, New York
June 27, 2008

/s/ Geraldine Cheverko
Geraldine A. Cheverko [GAC 1747]
ECKERT SEAMANS CHERIN & MELLOTT, LLC
*Attorneys for Select Portfolio Servicing, Inc.*
10 Bank Street, Suite 1061
White Plains, New York 10606
(914) 949-2909

{V0009211.1}

Michael J. Garcia
United States Attorney for the
Southern District of New York
By: TOMOKO ONOZAWA
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
(212) 637-2721
(212) 637-2686 facsimile


John R. Liegey
Weston Group
150 East 58th Street, 15th Floor
New York, New York 10155

John L. Overland, Jr.
WAGNER DAVIS, P.C.
*Attorneys for 115-87 Owners' Corp.*
99 Madison Avenue, 11th Floor
New York, New York 10016
(212) 481-9600
(212) 481-8245 facsimile

New York City Department of Finance
100 Church Street, 4th Floor
New York, New York 10007

New York State Department of Taxation and Finance
Building 9
W.A. Harriman Campus
Albany, New York 12227

{V0009211.1}