## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **ANSWER TO AMENDED COMPLAINT**, was mailed, postage prepaid, this 27th day of June, 2008 to:

TO:  Michael J. Garcia
United States Attorney for the
Southern District of New York
By: TOMOKO ONOZAWA
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
(212) 637-2721
(212) 637-2686 facsimile

John R. Liegey
Weston Group
150 East 58th Street, 15th Floor
New York, New York 10155

John L. Overland, Jr.
WAGNER DAVIS, P.C.
*Attorneys for 115-87 Owners' Corp.*
99 Madison Avenue, 11th Floor
New York, New York 10016
(212) 481-9600
(212) 481-8245 facsimile

New York City Department of Finance
100 Church Street, 4th Floor
New York, New York 10007

New York State Department of Taxation and Finance
Building 9
W.A. Harriman Campus
Albany, New York 12227

/s/
Geraldine A. Cheverko (SK 2097)