IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | **Civil Action No.** |
| | | **CV 08-3865** |
| | : | **(PAC)** |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JOHN R. LIEGEY, 115-87 OWNERS' CORPORATION, SELECT PORTFOLIO SERVICING, INC., NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE, NEW YORK CITY DEPARTMENT OF FINANCE, and JOHN DOES 1-10. | : | |
| Defendants. | | |
| | : | |

**RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT
SELECT PORTFOLIO SERVICING, INC.**

Defendant SELECT PORTFOLIO SERVICING, INC. by its attorneys, ECKERT SEAMANS CHERIN & MELLOTT, LLC, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby identifies the following parent corporation and publicly held corporation(s) owning 10 percent or more of its stock:

Defendant Select Portfolio Servicing, Inc. (formerly known as Fairbanks Capital Corp.) is a Utah corporation and is a wholly owned subsidiary of SPS Holding Corp. (formerly known as Fairbanks Capital Holding Corp.). Credit Suisse First Boston (USA), Inc. is the sole shareholder of SPS Holding Corp.

{V0008100.1}

Dated: White Plains, New York
July 2, 2008

*/s/ Geraldine Cheverko*
Geraldine A. Cheverko, Esq.
ECKERT SEAMANS CHERIN & MELLOTT, LLC
*Attorneys for Credit Suisse Financial Corp. and Select Portfolio Services, Inc.*
10 Bank Street, Suite 1061
White Plains, New York 10606
(914) 949-2909

*Of Counsel:*
Dorothy A. Davis, Esq.
ECKERT SEAMANS CHERIN & MELLOTT, LLC
44th Floor U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219
(412) 566-6000

Michael J. Garcia
United States Attorney for the
Southern District of New York
By: TOMOKO ONOZAWA
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
(212) 637-2721
(212) 637-2686 facsimile

John R. Liegey
Weston Group
150 East 58th Street, 15th Floor
New York, New York 10155

John L. Overland, Jr.
WAGNER DAVIS, P.C.
*Attorneys for 115-87 Owners' Corp.*
99 Madison Avenue, 11th Floor
New York, New York 10016
(212) 481-9600
(212) 481-8245 facsimile

{V0008100.1}

New York City Department of Finance
100 Church Street, 4th Floor
New York, New York 10007

New York State Department of Taxation and Finance
Building 9
W.A. Harriman Campus
Albany, New York 12227

{V0008100.1}